**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

| | |
|---|---|
| PETER OKYERE, | Civil Action No. 5:20-CV-190-FL |
| Plaintiff, | |
| vs. | **ORDER GRANTING DEFENDANT'S** |
| | **UNOPPOSED MOTION TO STAY FED. R.** |
| JOHN BEAN TECHNOLOGIES | **CIV. P. RULE 26 CONFERENCE AND** |
| CORPORATION, | **DISCOVERY** |
| Defendant. | |

THIS MATTER comes before the Court on Defendant John Bean Technologies Corporation's Unopposed Motion to Stay Fed. R. Civ. P. Rule 26 Conference and Discovery, and the Court being otherwise duly advised, it is hereby:

ORDERED AND ADJUDGED as follows:

1.      The Defendant's Unopposed Motion is GRANTED;

2.      The discovery in this case is stayed and the deadlines and requirements set forth in Rules 16 and 26 of the Federal Rules of Civil Procedure, Local Rule 26.1, and the Court's July 10, 2020 Initial Order Regarding Planning and Scheduling are suspended, until such time as the Court rules on Defendant's currently pending Partial Motion to Dismiss; and

3.      Following disposition of Defendant's Partial Motion to Dismiss, the Parties shall, within fourteen (14) days thereafter, confer regarding a discovery plan and file a proposed discovery plan and exchange mandatory initial disclosures both within fourteen (14) days after the 26(f) conference.

SO ORDERED, this the 3rd day of August, 2020.

_____
HON. LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE

Copies to:  All counsel of record