IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CV-190-FL

PETER OKYERE,                        )
                                     )
                Plaintiff,           )
                                     )
        v.                           )                ORDER
                                     )
JOHN BEAN TECHNOLOGIES               )
CORPORATION,                         )
                                     )
                Defendant.           )

        The court has been advised that the parties have settled all matters in controversy among

them.  Therefore, this matter is DISMISSED subject to the right of any party to file a motion to

reopen the case should settlement not be consummated within 45 days hereof.  **The parties are**

**directed to file their Stipulation of Dismissal with Prejudice on or before September 25,**

**2021.**

        As there appears to be no further reason at this time to maintain the file as an open one

for statistical purposes, this case is removed from the active docket.

        SO ORDERED, this 11th day of August, 2021.


                                _____
                                LOUISE W. FLANAGAN
                                United States District Judge